Case 1:21-cr-20257-MGC   Document 3   Entered on FLSD Docket

FILED BY ___CG___ D.C.

Mar 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-MJ-02560-TORRES

UNITED STATES OF AMERICA

vs.

CARMELO ETIENNE,

        **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  X  No

4. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Dist. Judge Aileen M. Cannon)? __ Yes  X No

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY: *Dwayne Williams*
        DWAYNE E. WILLIAMS
        Assistant United States Attorney
        Southern District of Florida
        Florida Bar No.: 0125199
        99 Northeast 4th Street, 5th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9163
        E-mail: Dwayne.Williams@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-MJ-02560-TORRES |
| CARMELO ETIENNE, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 9, 2021__ in the county of __St. Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 115(a)(1)(B) | Threatening to assault and murder a United States judge, with the intent to retaliate against such judge on account of the performance of official duties. |

This criminal complaint is based on these facts:
See attached affidavit of Deputy United States Marshal Michael Witkowski.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Witkowski, Deputy United States Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone _____ (specify reliable electronic means)

Date: 03/24/2021

*Judge's signature*

City and state: Miami, Florida

Edwin G. Torres, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Witkowski, a Deputy United States Marshal ("U.S. Marshall"), with the United States Marshals Service ("USMS"), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Supervisory Deputy U.S. Marshal with the USMS. I have been with the USMS since 1996 and have served as the Protective Intelligence Investigator for the USMS in the Southern District of Florida from 2008 through 2019. As a Supervisory Deputy U.S. Marshal, I am responsible for the protection of the federal judiciary, and investigate threats, whether physical, verbal, or written, directed towards federal courts and the federal judiciary; the United States Attorney's Office; and all members of the federal court system. As part of my training for my position, I have completed the USMS Protective Investigations Training Program. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2501(7); and I am empowered to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. This affidavit is submitted in support of a criminal complaint against Carmelo ETIENNE ("ETIENNE"). As I explain below, there is probable cause to believe that on or about March 9, 2021, ETIENNE did threaten to assault and murder a United States Judge, that is United States Magistrate Judge Shaniek M. Maynard ("Judge Maynard"), with the intent to retaliate against Judge Maynard on account of her performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

3. The statements made in this affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officials in this investigation. Since this affidavit is being submitted for the limited purpose of establishing probable cause, it does not

contain all of the information known to me and other law enforcement officials involved in the investigation of ETIENNE.

## PROBABLE CAUSE

4. Records obtained from the United States District Court for the Southern District of Florida PACER website disclose that in February 2018, the State of Florida, Department of Children of Families ("DFC") filed a petition in the Juvenile Division of the 19th Judicial Circuit Court in and for Indian River County, for the removal of three children residing with ETIENNE and his then-companion, Sophia Thelisma ("Thelisma"), at their residence in Vero Beach, Florida. Thelisma is the mother of all three children, and ETIENNE is the father of one of them. The case is titled *In the Interest of: [REDACTED], Minor Children*, Indian River Circuit Court, Case No. 2018-DP-000028. The records show that on February 11, 2018, Indian River Circuit Court Judge Paul B. Kanarek entered an Order for Placement in Emergency Shelter, of all three children; and the following day, February 12, 2018, Circuit Judge Victoria Griffin entered an Order Appointing Guardian *Ad Litem*, for the children.[1]

### Judge Maynard's Performance of Official Duties

5. On February 16, 2018, ETIENNE and Thelisma filed a *pro se* Complaint for Violation of Civil Rights, in this Court, wherein they purported to allege civil rights claims pursuant to Title 42, United States Code, Section 1983, against various employees of DCF, including Thomas Loveland. The case, *Etienne, et al. v. Loveland, et al.*, Case No. 18-14061-Civ-

---

[1] In 2019, ETIENNE and Thelisma removed Indian River Circuit Court Case No. 2018-DP-000028 to the United States District Court for the Southern District of Florida; and they filed various documents from the state court case with the Court, including the Order for Placement in Emergency Shelter, and the Order Appointing Guardian *Ad Litem*. (*See* DE 1-1 in *Department of Children and Families v. Thelisma and Etienne*, Case No. 19-14398-Civ-Rosenberg/Maynard.) The Court remanded the case to the state court.

Martinez/Maynard, was initially assigned to United States District Judge Robin L. Rosenberg; however, it was later reassigned to District Judge Jose E. Martinez, with Judge Maynard as the paired Magistrate Judge.

6. The docket report for Case No. 18-14061 discloses that during the period from February 16, through April 26, 2018, ETIENNE and Thelisma filed eight amended complaints and "amended cross suit complaints," against various state agents, as well as a motion to "vacate and void Judge Kanarek's Judgment." Further, certain defendants filed a motion to dismiss ETIENNE and Thelisma's complaint for failure to state a cause of action.

7. On May 7, 2018, pursuant to a referral from District Judge Martinez, Judge Maynard issued her "Report and Recommendation on Plaintiffs' Amended Complaint (DE 44) and on Pending Motions," wherein she recommended that ETIENNE and Thelisma's final amended complaint be dismissed with prejudice, and without leave to amend. (See DE 53 in Case No. 18-14061, at 12.) On June 15, 2018, District Judge Martinez entered an order adopting Judge Maynard's report and recommendation. (See DE 77 in Case No. 18-14061.)

**March 9, 2021: ETIENNE Threatens to Assault and Murder a United States Judge**

8. On or about March 9, 2021, at approximately 4:05 p.m., the USMS was notified of a threat to Judge Maynard and Her Honor's Court Room Deputy Colette Griffin-Arnold ("Griffin-Arnold"). The Clerk of the Court's Office, at the Federal Courthouse, Fort Pierce, reported the details of the threats, set forth below, to Deputy U.S. Marshal Scott Tracy.

9. According to the report, at approximately 3:54 p.m., Suzanne Carlson, ("Carlson"), Alternate Court Clerk, at the Alto Lee Adams, Sr., U.S. Courthouse, Fort Pierce, Florida received a phone call from (443) 750-9181. Carlson answered the phone and said something to the effect of, "Good afternoon, Clerk's Office." A male caller self-identified himself at the beginning of the

phone call as Carmelo ETIENNE. ETIENNE asked to speak with Griffin-Arnold. Carlson told ETIENNE that Griffin-Arnold was not in. Carlson asked for the caller's name again and he again identified himself as Carmelo ETIENNE. ETIENNE asked if Griffin-Arnold was still a court clerk and if Judge Maynard was still a judge. Carlson responded that they were. ETIENNE then stated that he was going to hang Griffin-Arnold and Judge Maynard. Regarding Judge Maynard, ETIENNE declared "that judge that Colette works with, Judge Maynard, she is going to get hanged." ETIENNE then spoke about somebody who "took the children," or "his children," and stated:

   a. "You fucked up;"
   b. "This is judgment day;"
   c. "I am hanging everybody in the courthouse;"
   d. "I am hanging the president and congress;"
   e. "I am the owner of all;"
   f. "I am going to show you what bloodshed looks like;"
   g. "I will know if you lied about Colette today, I have cameras on the courthouse;" and
   h. "Thank you for remaining calm."

ETIENNE then said, "call me back in an hour," and hung up.

10. Courthouse phone records show that on March 9, 2021, at 3:54 p.m., a 5 minute 33 second phone call was placed from (443) 750-9181 to the Clerk's Office number (772) 467-2305.

**Other Evidence Identifying ETIENNE as the Caller**

11. An open-source query revealed that (443) 750-9181 is a number for Pure Insulation, Gutter Cleaning. A Google search for "Pure Insulation Gutter Cleaning" discloses a website

www.pureinsulationgutter.com; which lists the company's address as 211 E. Lombard Street, Apartment 320, Baltimore, Maryland 21202, and its phone number as (443) 750-9181.

12. A search of the State of Maryland, Department of Assessments and Taxation, website for "Pure Insulation," discloses Articles of Organization for Pure Insulation, LLC, filed on December 19, 2019, which list Carmelo ETIENNE as the filing party and registered agent. The articles list the company's address as 211 E. Lombard Street, Apartment 320, Baltimore, Maryland 21202, and ETIENNE's address as 1227 Dalton Road, Parkville, Maryland 21234. Notably, ETIENNE's most recent Maryland driver license record, for his license issued on August 9, 2019, lists his address as 1227 Dalton Road, Baltimore, Maryland 21234.

13. On March 15, 2021, the USMS learned that ETIENNE had recently been committed to the Mary Washington Hospital in Fredericksburg, Virginia, after he called the Spotsylvania (County, Virginia) Sheriff's Office's 911 call center. The Sheriff's Office incident report states that on March 11, 2021, at approximately 6:24 a.m., a male called 911 from (443) 750-9181. The report indicates that the call lasted until approximately 7:00 a.m.; and it contains a summary of what was said. The report states that the caller identified himself as Carmelo ETIENNE. According to the report, the Sheriff's Office dispatched deputies Abel Garcia and Samuel Smith, Jr., to the Candlewood Suites Hotel in Fredericksburg, Virginia. According to the report, at approximately 7:00 a.m., the deputies found ETIENNE in Room 101. The report states that the deputies found ETIENNE to be delusional, and that he was taken into custody under an Emergency Custody Order and transported to the Mary Washington Hospital for mental evaluation. The report states that Deputy Garcia "spoke with Carmelo's spouse (Sophia) on the phone. She advised her husband was going through a mental breakdown and is supposed to be taking several medication (*sic*)."

14. On March 16, 2021, Secret Service Special Agent Matthew Miranda, who is based in the Secret Service's Richmond, Virginia field office, provided the USMS with a recording of ETIENNE's March 11, 2021 call to the Spotsylvania Sheriff's Office's 911 call center. I have listened to the call, which is approximately 27 minutes long. Early in the recording, the caller identifies himself as Carmelo ETIENNE, and he states that he is in Virginia, at the Candlewood Suites Hotel. He then continues with a rambling and incoherent commentary. At the end of the recording, the Sheriff's Office 911 call center instructs ETIENNE to open the door to his room, because there is someone there to talk to him, and the call ends. Based on the Sheriff's Office incident report, the persons at the door of ETIENNE's hotel room were deputies Garcia and Smith.

15. On March 15 and 16, 2021, Special Agent Miranda advised my colleague, Deputy U.S. Marshal Steven Gandre, that on March 15, 2021, he had interviewed ETIENNE in the parking lot of the Candlewood Suites Hotel in Fredericksburg, Virginia, following ETIENNE's release from the Mary Washington Hospital. On March 16, 2021, Agent Miranda provided Deputy Gandre with emails that included, as attachments: (1) photographs of ETIENNE's car, taken in the hotel parking lot, which show a black Cadillac CTS sedan, bearing Virginia license plate number UGF-6286; and (2) copies of documents that ETIENNE gave to Agent Miranda at the time of the interview, including the articles of organization for Pure Insulation, LLC. Further, Agent Miranda advised Deputy Gandre that ETIENNE admitted that (443) 750-9181 is his phone number.

16. On March 24, 2021, I conducted a search using the law enforcement database NLETS, for the Virginia license plate UGF-6286. NLETS disclosed that the plate is assigned to Carmelo ETIENNE, with the address 1227 Dalton Road, Parkville, Maryland 21234.

### March 16, 2021: ETIENNE Calls the Court Again

17. According to reports prepared by Deputy U.S. Marshal Kevin Scott, who is stationed at the federal courthouse in Fort Pierce, on March 16, 2021, at approximately 9:00 a.m., Alternate Clerk Suzanne Carlson received another call from ETIENNE at (443) 750-9181. Carlson immediately notified the USMS; and Deputy Scott responded to Carlson's office where he listened to the end of the conversation on Carlson's speakerphone. Deputy Scott overheard the caller (ETIENNE) provide Carlson with the website and email addresses for his company: www.pureinsulationgutter.com; and pureinsulationgutter@gmail.com; and he heard the caller state that he would be "overnighting" a package to the Court. Following the interview, Deputy Scott interviewed Carlson regarding the earlier part of the call. According to Deputy Scott's report, ETIENNE identified himself as Carmelo ETIENNE and spelled out his name. ETIENNE mentioned the names "Collette" and "Maynard," in reference to an order signed by Judge Maynard in one of his cases. ETIENNE then proceeded to make a series of statements, which Carlson quoted or paraphrased as:

    a. "I had three children taken away, and I need jurisdiction;"

    b. "I have cases there;"

    c. "I am the word God, I own you, I need jurisdiction;"

    d. "The FBI came and talked to me;" and

    e. "I am not psychotic."

18. Following ETIENNE's March 16, 2021 call to Carlson, Deputy Scott listened to the recording of ETIENNE's March 11, 2021 call to the Spotsylvania Sheriff's Office 911 call center. Based on the accent, tone, and the content of the calls, Deputy Scott believes that the same individual placed both calls. Deputy Scott also played the 911 call recording for Carlson; and

Carlson advised him that the individual who placed the 911 call is the same individual who called her on March 9 and 16, 2021, and identified himself as Carmelo ETIENNE.

## CONCLUSION

19. Based on the above-described factual information, your affiant submits that there is probable cause to believe that on March 9, 2021, ETIENNE threatened to assault and murder United States Magistrate Judge Shaniek M. Maynard, with the intent to retaliate against Judge Maynard on account of the performance of her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

FURTHER AFFIANT SAYETH NAUGHT.

MICHAEL WITKOWSKI
Supervisory Deputy United States Marshal
United States Marshals Service

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone this 25 day of March 2021.

HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE