UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20257-CR-GAYLES

UNITED STATES OF AMERICA

vs.

CARMELO ETIENNE,

                         Defendant.
_____/

## UNITED STATES' FACTUAL PROFFER FOR DEFENDANT'S PLEA OF *NOLO CONTENDERE*

The United States of America, by and through its undersigned Assistant United States Attorney, hereby submits that if this case had proceeded to trial, the United States would have proved the following facts and elements, beyond a reasonable doubt:

### FACTS

1. As discussed below, on March 9, 2021, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant Carmelo Etienne ("Etienne"), threatened to assault and murder United States Magistrate Judge Shaniek Maynard and Her Honor's Courtroom Deputy Colette Griffin-Arnold ("CRD Griffin-Arnold"), with the intent to retaliate against them, and on account of their performance of their official duties, in *Etienne et al. v. Loveland, et al.*, Case No. 18-14061-Civ-Martinez/Maynard; in violation of Title 18, United States Code, Section 115(a)(1)(B).

### Magistrate Judge Maynard's Report and Recommendation in *Etienne, et al. v. Loveland, et al.*, Case No. 18-14061-Civ-Martinez/Maynard

2. In February 2018, the State of Florida, Department of Children of Families ("DFC") filed a petition in the Juvenile Division of the 19th Judicial Circuit Court in and for Indian River County, for the removal of three children residing with Etienne and his then-companion, Sophia Thelisma ("Thelisma"), at their residence in Vero Beach, Florida. Thelisma is the mother of all three children,

and Etienne is the father of one of them. The DCF's case is titled *In the Interest of: [REDACTED], Minor Children*, Indian River Circuit Court, Case No. 2018-DP-000028. The records show that on February 11, 2018, Indian River Circuit Court Judge Paul B. Kanarek entered an Order for Placement in Emergency Shelter, of all three children; and the following day, February 12, 2018, Circuit Judge Victoria Griffin entered an Order Appointing Guardian *Ad Litem*, for the children.

3. On February 16, 2018, Etienne and Thelisma filed a *pro se* Complaint for Violation of Civil Rights, in the United States District Court for the Southern District of Florida, wherein they purported to allege civil rights claims pursuant to Title 42, United States Code, Section 1983, against various employees of DCF, including Thomas Loveland. Their case, styled *Etienne, et al. v. Loveland, et al.*, Case No. 18-14061-Civ-Martinez/Maynard, was initially assigned to United States District Judge Robin L. Rosenberg; however, it was later reassigned to District Judge Jose E. Martinez, with Judge Maynard as the paired Magistrate Judge.

4. The docket report for Case No. 18-14061 discloses that during the period from February 16, through April 26, 2018, Etienne and Thelisma filed eight amended complaints and "amended cross suit complaints," against various state agents, as well as a motion to "vacate and void Judge Kanarek's Judgment" in Indian River Circuit Court, Case No. 2018-DP-000028. Further, certain defendants filed a motion to dismiss Etienne and Thelisma's complaint for failure to state a cause of action.

5. On May 7, 2018, pursuant to a referral from District Judge Martinez, Judge Maynard issued her "Report and Recommendation on Plaintiffs' Amended Complaint (DE 44) and on Pending Motions," wherein she recommended that Eteinne and Thelisma's final amended complaint be dismissed with prejudice, and without leave to amend. (*See* DE 53 in Case No. 18-14061, at 12.) On June 15, 2018, District Judge Martinez entered an order adopting Judge Maynard's report and recommendation. (*See* DE 77 in Case No. 18-14061.)

**Etienne's Threat to Assault and Murder Magistrate Judge Maynard, and CRD Griffin-Arnold, with the Intent to Retaliate Against Them, and on Account of Performance of Official Duties**

6.      On March 9, 2021, at approximately 3:54 p.m., Etienne placed a call from his cell phone with the number (443) 750-9181, to Clerk of Court's Office at the Alto Lee Adams, Sr., U.S. Courthouse, in Fort Pierce, Florida. Alternate Court Clerk Suzanne Carlson ("Carlson") answered the Office phone and said something to the effect of, "Good afternoon, Clerk's Office." Etienne identified himself by name and asked to speak with CRD Griffin-Arnold. Ms. Carlson told Etienne that CRD Griffin-Arnold was not in. Ms. Carlson asked for the caller's name again and he again identified himself as Carmelo Etienne. Etienne then asked if Griffin-Arnold was still a court clerk and if Judge Maynard was still a judge. Carlson responded that both were serving in their respective offices. Etienne then stated that he was going to hang CRD Griffin-Arnold and Judge Maynard. Regarding Judge Maynard, Etienne declared "that judge that Colette works with, Judge Maynard, she is going to get hanged." Etienne then spoke about somebody who "took the children," or "his children," and stated:

- "You fucked up;"
- "This is judgment day;"
- "I am hanging everybody in the courthouse;"
- "I am hanging the president and congress;"
- "I am the owner of all;"
- "I am going to show you what bloodshed looks like;"
- "I will know if you lied about Colette today, I have cameras on the courthouse;" and
- "Thank you for remaining calm."

Etienne then said, "call me back in an hour," and hung up.

3

7.     Phone records for the Alto Lee Adams, Sr., U.S. Courthouse show that on March 9, 2021, at 3:54 p.m., a 5 minute 33 second phone call was placed from Etienne's cell phone with the number (443) 750-9181 to the Clerk's Office number (772) 467-2305.

## ELEMENTS

8.     As to Count 1 of the Indictment, the United States would prove the following elements beyond a reasonable doubt:

First, that Carmelo Etienne threatened to assault and murder United States Magistrate Judge Shaniek Maynard; and

Second, that Etienne did so with the intent to retaliate against Judge Maynard on account of the performance of her official duties during the term of her service.

9.     As to Count 2 of the Indictment, the United States would prove the following elements beyond a reasonable doubt:

First, that Carmelo Etienne threatened to assault and murder Courtroom Deputy Collette Griffin-Arnold;

Second, that Etienne did so with the intent to retaliate against CRD Griffin-Arnold on account of the performance of her official duties during the term of her service; and

Third, CRD Griffin-Arnold was an official whose killing would be a crime under Title 18, United States Code, Section 1114.

(Continued on next page.)

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: /s/ Dwayne E. Williams
DWAYNE E. WILLIAMS
Assistant United States Attorney
Florida Bar No. 0125199
99 N.E. 4th Street, 5th Floor
Miami, Florida 33132
Tel: (305) 961-9163
Fax: (305) 536-6923
dwayne.williams@usdoj.gov

The defendant, Carmelo Etienne, by and through his undersigned counsel, does not contest the foregoing United States' Factual Proffer.

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: _____ 10/27/22
R. D'ARSEY HOULIHAN
Assistant Federal Public Defender
Florida Bar No. 100536
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000, Ext. 116
(305) 536-4559, Fax
E-Mail: D'Arsey_Houlihan@FD.org